LILLIAN FOLEY, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motions for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EDNA W. BAUER and IRVING S. OTTENBERG, as Executors, etc., of FRANK M. BAUER, Deceased, and for a Construction of the Will. EDNA W. BAUER, Individually, EDNA W. BAUER and Another, as Executors, etc., of FRANK M. BAUER, Deceased, and Others, Appellants; ANNIE E. HELCK and Another, Legatees, Respondents.— Motion for reargument of part of appeal denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of HARVEY BISTANY, Appellant, for an Order, under Article 78 of the Civil Practice Act, against CHARLES S. COLDEN, County Judge, and CHARLES P. SULLIVAN, District Attorney, of the County of Queens, Respondents.— Motion for arrest of judgment denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of ERNEST BLOCK, Petitioner, against CHARLES S. COLDEN, a Judge of the County Court of the County of Queens, Respondent, to Review and Annul the Determination and Order of the Respondent Adjudging the Petitioner Guilty of a Criminal Contempt of Court.— Motion for leave to appeal to the Court of Appeals denied. In view of the statement that a stay is not necessary, contained in the opposing affidavit of William J. Butler, Assistant Attorney-General, the application for a stay is denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of SIXTH AVENUE BAPTIST SOCIETY, Petitioner, to Render and Settle Its Accounts as Administrator c. t. a. of the Estate of MARY Fox, Deceased. SIXTH AVENUE BAPTIST SOCIETY, as Administrator c. t. a. and Residuary Legatee of MARY FOX, Deceased, Appellant; FRANK FINBERG, Attorney, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of· the City of Now York, County of· Kings, of Charges of Alleged Professional Misconduct, Fraud, Deceit, Crime and Misdemeanor, and Conduct Prejudicial to the Administration of Justice against SAMUEL GOLDSTEIN, an Attorney and Counselor at Law.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.